UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

FILED
MAY 16 2005
CLERK, U.S. DISTRICT COURT
By _____

| | |
|---|---|
| TOMMYE RUTH STALLINGS,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 5:04-CV-219-C<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed her Report and Recommendation on 5. No written objections have been filed. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and numbered cause is hereby dismissed with prejudice.

Dated this 16th day of May, 2005.

/s/ Sam R. Cummings
SAM R. CUMMINGS
United States District Judge